IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KYLE HARRIS )<br>a/k/a Christopher Taylor )<br>) | 04 CR 10139 MEL<br>CRIMINAL NO.<br><br>VIOLATION:<br>18 U.S.C. §1542<br>(Passport Fraud) |

**INFORMATION**

COUNT ONE: 18 U.S.C. §1542
(Passport Fraud)

The United States Attorney charges that:

On or about September 4, 2001, at Boston in the District of Massachusetts,

   KYLE HARRIS a/k/a Christopher Taylor

the defendant herein, did willfully and knowingly make a false statement on an application for a United States Passport with the intent to induce or secure the issuance of a passport under the authority of the United States, either for his use or the use of another.

   All in violation of Title 18, United States Code, Section 1542.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Nadine Pellegrini
Nadine Pellegrini
Assistant U.S. Attorney