Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10139-MFL |
| ) | |
| KYLE HARRIS ) | |

## WAIVER OF INDICTMENT

I, Kyle Harris, the above-named defendant, who is accused of violating 18 USC §1542, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on June 7, 2004, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_Kyle D. Harris_
Kyle Harris
Defendant

_Bernard Grossberg_
Bernard Grossberg, Esq.
Counsel for the Defendant

Before: _____
Judicial Officer