

**Bernard Grossberg**
Attorney at Law

99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8558
Fax 737-8223

August 25, 2004

George Howarth
Courtroom Clerk
United States District Court
 for the District of Massachusetts
Joseph J. Moakley, U.S. Courthouse Building
1 Courthouse Way
Boston, MA 02210

    Re:    UNITED STATES V. KYLE HARRIS
            Criminal No. 04-10139 MEL

Dear Mr. Howarth:

    As you may recall, I represent the defendant in the above-numbered matter. At the conclusion of the last hearing herein on June 7, 2004, when the defendant entered a guilty plea to an Information, he was taken into custody on a fugitive from justice warrant issued by a local court in the State of New Hampshire. Subsequently, the defendant was transferred to the Rockingham County Jail in Brentwood, N.H., where he is awaiting resolution of the state charge. The defendant's sentencing hearing herein is scheduled for September 7, 2004 at 2:15 p.m.; however, it is my understanding that the state matter will not be resolved by that date and that the defendant will remain in New Hampshire custody. I am not certain if this Court can or desires to obtain custody of the defendant by the sentencing date or if it is necessary to do so in view of the expected disposition in this matter. Consequently, it may be appropriate to continue the sentencing hearing to a later date certain.

    I would greatly appreciate it if you would bring the above to the Court's attention at your earliest convenience and advise me of the Court's position so that I may proceed accordingly. Thank you.

Sincerely,

Bernard Grossberg

cc:    Nadine Pellegrini, Esq.
        James Lang, Esq.
        Lisa Dube, Probation Officer
        Kyle Harris