IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 04-10139-MEL |
| KYLE HARRIS : | |

MOTION TO CONTINUE SENTENCING

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Motion to Continue Sentencing as follows:

1. Sentencing for the above-captioned Defendant is currently scheduled for October 5, 2004.

2. Defendant is currently incarcerated in New Hampshire on a unrelated state charge. Due to his location, his appearance is not able to be secured for the upcoming sentencing and, at this time, the amount of time remaining on the Defendant's state sentence is unknown.

3. Therefore, the government respectfully requests that the sentencing be continued for a period of 90 days to be re-scheduled at a time and date convenient to the court and all parties.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Nadine Pellegrini
    Nadine Pellegrini

                                                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing:

        Bernard Grossberg, Esq.
        99 Summer Street
        Suite 1800
        Boston, MA 02110

This 30th day of September, 2004.

                                  /s/Nadine Pellegrini
                                  Nadine Pellegrini
                                  Assistant U.S. Attorney