# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**                                              **APPEARANCE**

KYLE HARRIS,

         Defendant.                            Case Number:    04-10139-MEL

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for     the United States of America.

      I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 21, 2007 | /s/Antoinette E.M. Leoney, Assistant U.S. Attorney |
| Date | Signature |
| | Antoinette E.M. Leoney |
| | Print Name                               Bar Number |
| | U.S. Attorney's Office, 1 Courthouse Way, Ste 9200 |
| | Address |
| | Boston                      MA     02210 |
| | City                          State          Zip Code |
| | (617) 748-3103       (617) 748-3951 |
| | Phone Number                      Fax Number |