◈AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of Massachusetts

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| KYLE HARRIS | Case Number: 04-10139-001-MEL |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____KYLE HARRIS_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
  1– Violation of Mandatory Condition of Release: Defendant was arraigned in the Hingham District Court
  2– Violation of Standard Condition #2: Defendant to report to Probation Office. He failed to do so.
  3– Violation of Standard Condition #5: Defendant to work regularly. Defendant is unemployed.
  4– Violation of Special Condition #2 Defendant has failed to satisfy the outstanding balance of $113.52

in violation of Title _____ United States Code, Section(s) _____

MORRIS E. LASKER                                    _Morris E. Lasker_ (signature)
Name of Issuing Officer                              Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE                         3/7/07 Boston, MA
Title of Issuing Officer                             Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY USMS Boston PO
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/20/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |