```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10139-MEL |
| | ) |
| KYLE HARRIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF JUDGMENT REGARDING REVOCATION OF PROBATION**

THIS MATTER has come before this Court, on the United States Probation Office's Petition requesting that this Court revoke Defendant Kyle Harris' term of probation supervision for violation of certain mandatory, standard and special conditions of probation, and it is hereby ORDERED that:

1. Following a Final Revocation Hearing held on March 28, 2007, and Defendant Kyle Harris' admission that he violated certain terms of his probation, this Court finds that Defendant Kyle Harris violated the mandatory, standard and special conditions of supervision (Violation Numbers I through VI) as alleged in the Petition, prepared and filed by U.S. Probation Officer Michelle K. Roberts, dated March 6, 2007, namely, that Defendant violated a Mandatory Condition of Release (while on probation, defendant shall not to commit another federal, state or local crime and shall not illegally possess a control substance), Standard Condition #2, Standard Condition #5, and Special Condition #2.

2. Defendant Kyle Harris' term of probation supervision is

revoked.

3. Defendant Kyle Harris is sentenced to a term of probation through January 9, 2008. The defendant is to serve the first three (3) months of probation in home confinement with electronic monitoring and pay the cost for each day under electronic monitoring.

4. The original conditions of supervised probation shall continue, and the defendant shall comply with the mandatory, standard and special conditions of supervised probation.

So ORDERED this __4__ day of ____April____, 2007.

_____
United States District Court